UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY CO., West American Insurance Co.,<br><br>Plaintiffs,<br><br>v.<br><br>SMUCKERS FOODSERVICE, INC., Does 1-100,<br><br>Defendants. | Case No.:  20-cv-1619-JLS-AGS<br><br>**ORDER GRANTING JOINT MOTION (ECF 24) AND AMENDED SCHEDULING ORDER** |

For good cause, the Court grants the parties' joint request to reopen discovery and continue the scheduling order. The new dates are below:

| Event | Deadline |
|---|---|
| Fact Discovery Completion | April 15, 2022 |
| Expert Designations and Disclosures | May 16, 2022 |
| Rebuttal/Supplemental Designations and Disclosures | June 15, 2022 |
| Expert Discovery Completion | July 15, 2022 |
| MSC Statements | August 22, 2022 |
| Mandatory Settlement Conference | August 31, 2022, at 9:00 a.m. |
| Pretrial Motions | September 19, 2022 |
| Rule 26(a)(3) Compliance | December 15, 2022 |
| Meet and Confer on the PTO | December 22, 2022 |
| Draft PTO to Defense Counsel | December 29, 2023 |
| PTO Lodging | January 5, 2023 |

| Final Pretrial Conference | January 12, 2023, at 1:30 p.m. |

This order only modifies the scheduling orders' identified dates (ECF 10 & 16); all other provisions remain in effect.

Dated: February 9, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge