UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY, et al.,<br><br>                                  Plaintiffs,<br><br>v.<br><br>SMUCKERS FOODSERVICE, INC., et al.,<br><br>                                  Defendants. | Case No.:  20-CV-1619-RSH-SBC<br><br>**ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

On October 24, 2023, Plaintiffs filed a Notice of Settlement. (Doc. No. 48.) The Parties confirmed they resolved this matter in entirety and require approximately 45 days to file a joint motion to dismiss. Accordingly, **IT IS HEREBY ORDERED**:

1. **On or before Thursday, December 14, 2023,** the Parties shall file a joint motion to dismiss this action in its entirety.
2. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the Parties.
3. A telephonic settlement disposition conference is scheduled for **Tuesday, December 19, 2023, at 10:30 a.m.** The Court shall initiate the call. To appear

for the telephonic Settlement Disposition Conference the Parties shall call 888. 808. 6929 and enter access code 448. 57. 22.

4. All other previously set deadlines and dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
Hon. Steve B. Chu
United States Magistrate Judge